## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**FILED**

MAY 3 1 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | | |
|---|---|---|
| HILARIA CANO, et al. | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| EVEREST MINERALS CORP., et al., | § | CIVIL ACTION NO. SA-01-CA-610-XR |
| Defendants | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Plaintiffs Hilaria Cano, Gloria Almaguer, Delma Torres Alvear, San Juanita Arguellez, Dorothy Dale, as heir and personal representative of the Estate of Wanda Bryan, Debra Cantu, Petra DeLaPaz Carrion, Eva Casarez, Eva Casarez as heir and personal representative of the Estate of Rudy Casarez Sr., Rudy Casarez Jr., Reynaldo Casarez Sr., Sandra Chesser, Arturo Contreras Sr., Arturo P. Contreras Jr., Robert A. Contreras, Arturo Contreras as heir and personal representative of the Estate of Maria Contreras, Elma Cortez, Louisa P. Cortez, Lisa Cruz as Next Friend of Mercedes E. Cruz, a Minor, Lisa Cruz, Dorothy L. Dale, Edward de la Garza, Norma Jean Delgado, Rachel C. Dovalina, Charles Foley, Jimmy L. Foley, Jessica Maria Garcia, Emilio P. Garcia, Alfredo P. Garcia, Olivia Garcia, Jessica Garcia as heir and personal representative of the Estate of Jesus Garcia Sr., Elizabeth Gauna, Lynette Gonzales as Independent Executrix of the Estate of Bennie Gonzales, Oralia V. Gonzales, Bennie Gonzales Jr., Magdalena Gonzales, Lynette Gonzales, Maria Elva Gonzales, Jesse Gutierrez, Evelyn Hartman, Evelyn Harman as heir and personal representative of the Estate of Alton Hartman, Perry Hartman, Presley Hartman, Jose L. Hernandez III, Marta Hernandez, Carylann Hernandez, Bridgit Hernandez, Jose Hernandez III and Bridgit Hernandez as next

184 003\Notice of Appeal

friend of Jose Hernandez IV, a Minor, Yvonne Marie Herrera, Maria Ibarra, Juanita Torres Inclan, Sam P. Jansky Sr. Fabian Claud Kowalik, Nancy R. Leal, Norma Jean Lopez, Johnny G. Martinez, Julius Matthews, Gary J. Molina, Darlene Adams as heir and personal representative of the Estate of Andres S. Molina, Enrique F. Molina, Gerald J. Molina, Gary John and Lisa Molina as Next Friend of Thomas Molina, a Minor, Gary J. Molina, Lisa Molina, Gerald Molina, Darlene D. Molina-Adams, Russell E. Mutz, Arlene Mzyk, Tracy Olvera, Arleen Olvera Soria as Executor of the Estate of Mario Olvera Sr., Mario Olvera Jr., Estila Torres Perez, Eirene T. Ramirez, Elida Ramos as heir and personal representative of the Estate of Alberto Ramos, Elida Ramos, Arleen Olvera Soria as next Friedn of Amber N. Ramos, a Minor, Elida Ramos, Genaro Rodriguez, Martina Rodriguez, Augustina Rosales, Robert Rosales, Ronnie Rosales, Michael Ray Rosales, Abel Rosales, Lucinda Ruiz, Angel R. Ruiz, Lucinda Ruiz as heir and personal representative of the Estate of Abelardo L. Ruiz, Pauline Saenz, Mercedes E. Salinas, Natividad Sauceda, Flora Segura, Adolfo Serenil, Arleen Olvera Soria, Linda Torres Moses, Yvonne Herrera as heir and personal representative of the Estate of Guadelupe Tobar, Mauro G. Torres Jr., Felicita Torres, Pedro Torres, Jennifer Leigh Torres, John Mitchell Torres, Israel Torres, Alfredo Torres, Norma Delgado as heir and personal representative of the Estate of Mauro Torres Sr., Rose Torres, Aurora Serenil Urrutia, Crescencia M. Valdez as heir and personal representative of the Estate of Pedro M. Valdez Sr., Joe Gabriel Valdez, Pedro M. Valdez Jr., Crescencia m. Valdez, Brigida M. Valdez, Irene G. Villanueva, Paul Ochoa Villanueva, and Crystal Gail Yanta hereby appeal to the United States Court of Appeals for the Fifth Circuit from the March 28, 2005 Order Granting Defendants' Motion to Exclude Expert Testimony of Dr. Malin Dollinger and Granting Defendants' Motion for Summary Judgment Based on Plaintiffs'

2

184.003\Notice of Appeal

Lack of Admissible Proof and dismissing the case with prejudice by United States District Court Judge Xavier Rodriguez.[1]

|  | Respectfully submitted, |
|---|---|
| SACKS & BOLL | REICH & BINSTOCK |
| Mr. David J. Sacks | Mr. Dennis Reich |
| Texas State Bar No. 17505700 | Texas State Bar No. 16739600 |
| Ms. Kathleen H. Boll | Mr. Michael Howell |
| Texas State Bar No. 00798431 | Texas State Bar No. 24009368 |
| 55 Waugh Drive, Suite 400 | 4265 San Felipe, Suite 1000 |
| Houston, Texas 77007 | Houston, Texas 77027 |
| Telephone:   (713) 863-8400 | Telephone:   (713) 622-7271 |
| Facsimile:   (713) 863-0502 | Facsimile:   (713) 623-8724 |

---

[1] Plaintiffs timely filed a Motion for New Trial, which the Trial Court denied on our about April 26, 2005.

3