IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-50898

*SAO1CA 610 XR*

---

HILARIA CANO; DOROTHY DALE, as heir and personal
representative of the Estate of WANDA BRYAN;
ELMA CORTEZ; EDWARD DE LA GARZA; CHARLES FOLEY; ET AL

Plaintiffs - Appellants

v.

EVEREST MINERALS CORPORATION; ET AL

Defendants

RIO GRANDE RESOURCES CORPORATION; CONOCO INC; CHEVRON USA INC

Defendants - Appellees

U.S. COURT OF APPEALS
**FILED**
NOV 2 2005
CHARLES R. FULBRUGE III
CLERK

**FILED**
NOV 10 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

---

Appeal from the United States District Court for the
Western District of Texas, San Antonio

---

Before BARKSDALE, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion of appellees to dismiss appeal

for lack of jurisdiction is *GRANTED*.

IT IS FURTHER ORDERED that the motion of appellants for

leave to seek an extension of time from the district court to

file the notice of appeal based on excusable neglect is *DENIED*.